```
                                  United States Bankruptcy Court
                                  Middle District of Pennsylvania
In re:                                                                              Case No. 19-04047-HWV
Jamie L. Daugherty                                                                  Chapter 13
         Debtor                             CERTIFICATE OF NOTICE
District/off: 0314-1            User: CourtneyW                 Page 1 of 2               Date Rcvd: Dec 16, 2019
                                Form ID: ntcnfhrg               Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db             +Jamie L. Daugherty,    938 Maplewood Lane,    Enola, PA 17025-2074
5251043        +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa FL 33634-2413
5251044         Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill PA 17001-8875
5251046        +CarMax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw GA 30160-9511
5251049        +Earl Armstrong,    2220 Feeser Road North,    Taneytown MD 21787-2752
5251050        +Frederick T. Nevius,    3520 Maple Street,    Harrisburg PA 17109-3708
5251056        +Target,   Attn: Bankruptcy,    Po Box 9475,    Minneapolis MN 55440-9475
5257225         Wayfinder BK, LLC as agent for Performance Finance,     PO Box 64090,    Tucson, AZ 85728-4090

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2019 19:34:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5251045        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 19:35:10      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
5253201         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 16 2019 19:33:52
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5251047        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 16 2019 19:36:01      Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus OH 43218-2125
5251048        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 16 2019 19:36:02      Comenity Bank/Torrid,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus OH 43218-2125
5251051         E-mail/Text: bk@freedomfinancialnetwork.com Dec 16 2019 19:35:39      Freedom Plus,
                 Attn: Bankruptcy,    Po Box 2340,    Phoenix AZ 85002
5257617         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2019 19:33:58      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5251052         E-mail/Text: camanagement@mtb.com Dec 16 2019 19:35:57      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo NY 14240
5267272         E-mail/Text: camanagement@mtb.com Dec 16 2019 19:35:57      M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5251053        +E-mail/Text: bankruptcy@sccompanies.com Dec 16 2019 19:36:47      Monroe & Main,
                 1112 7th Avenue,    Monroe WI 53566-1364
5251054        +E-mail/Text: aurso@frf1.com Dec 16 2019 19:36:49      Performance Finance,
                 10509 Professional Cir S,    Reno NV 89521-5864
5268803         E-mail/Text: bnc-quantum@quantum3group.com Dec 16 2019 19:36:04
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
5271380         E-mail/Text: bnc-quantum@quantum3group.com Dec 16 2019 19:36:04
                 Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA  98083-0788
5251055        +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 19:33:46      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando FL 32896-5060
5250172        +E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2019 19:35:03      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5277083        +E-mail/Text: bncmail@w-legal.com Dec 16 2019 19:36:25      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5273843         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2019 19:34:41      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5272651*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2019                                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:

```
         Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
         James    Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
         Lisa A Rynard    on behalf of Debtor 1 Jamie L. Daugherty lrynard@pkh.com,
          rwhitfield@pkh.com;aburd@pkh.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jamie L. Daugherty, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–04047–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 22, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: December 16, 2019 |

ntcnfhrg (03/18)