```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 19-04047-HWV
Jamie L. Daugherty                                                  Chapter 13
          Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke              Page 1 of 2                 Date Rcvd: Apr 09, 2020
                               Form ID: orcnfpln            Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2020.
```
db              +Jamie L. Daugherty,    938 Maplewood Lane,    Enola, PA 17025-2074
5251043         +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa FL 33634-2413
5251044          Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
                 Camp Hill PA 17001-8875
5251046         +CarMax Auto Finance,    Attn: Bankruptcy,    Po Box 440609,    Kennesaw GA 30160-9511
5251049        #+Earl Armstrong,    2220 Feeser Road North,    Taneytown MD 21787-2752
5251050         +Frederick T. Nevius,    3520 Maple Street,    Harrisburg PA 17109-3708
5251056         +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis MN 55440-9475
5257225          Wayfinder BK, LLC as agent for Performance Finance,    PO Box 64090,    Tucson, AZ 85728-4090
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2020 19:57:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5251045         +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 19:56:58     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
5253201          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2020 19:56:59
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5251047         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2020 19:53:27     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus OH 43218-2125
5251048         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 09 2020 19:53:28     Comenity Bank/Torrid,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus OH 43218-2125
5251051          E-mail/Text: bk@freedomfinancialnetwork.com Apr 09 2020 19:51:47     Freedom Plus,
                 Attn: Bankruptcy,    Po Box 2340,    Phoenix AZ 85002
5257617          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2020 20:08:47     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5251052          E-mail/Text: camanagement@mtb.com Apr 09 2020 19:53:19     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo NY 14240
5267272          E-mail/Text: camanagement@mtb.com Apr 09 2020 19:53:19     M&T Bank,    PO Box 840,
                 Buffalo, NY 14240
5251053         +E-mail/Text: bankruptcy@sccompanies.com Apr 09 2020 19:54:05     Monroe & Main,
                 1112 7th Avenue,    Monroe WI 53566-1364
5251054         +E-mail/Text: aurso@frf1.com Apr 09 2020 19:54:06     Performance Finance,
                 10509 Professional Cir S,    Reno NV 89521-5864
5268803          E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2020 19:53:30
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,    PO Box 788,    Kirkland, WA 98083-0788
5271380          E-mail/Text: bnc-quantum@quantum3group.com Apr 09 2020 19:53:30
                 Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA 98083-0788
5251055         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2020 19:58:08     Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando FL 32896-5060
5250172         +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2020 19:57:29     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5277083         +E-mail/Text: bncmail@w-legal.com Apr 09 2020 19:53:46     TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5273843          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2020 20:09:24     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 17

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5272651*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:

        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        James  Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        Lisa A Rynard    on behalf of Debtor 1 Jamie L. Daugherty lrynard@pkh.com,
         rwhitfield@pkh.com;aburd@pkh.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jamie L. Daugherty, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:19–bk–04047–HWV |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on March 5, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: April 9, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

orcnfpln(05/18)