## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jamie L. Daugherty <br> <u>Debtor</u> | CHAPTER 13 |
| M&T Bank <br> <u>Movant</u> <br> vs. <br> Jamie L. Daugherty <br> <u>Debtor</u> | NO. 19-04047 HWV |
| Charles J. DeHart, III, Esquire <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:  April 28, 2020

By the Court,

_/s/ Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge <sup>(JH)</sup>