UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1-19-04047-HWV
JAMIE L. DAUGHERTY, : CHAPTER 13
:
Debtor :

## ENTRY OF APPEARANCE OF NEW COUNSEL FOR DEBTOR AND WITHDRAW OF COUNSEL PURSUANT TO BANKRUPTCY RULE 9010

PLEASE TAKE NOTICE that the undersigned, Lisa A. Rynard, Esquire, with the Law Offices of Lisa A. Rynard, enters her appearance as Counsel for Jamie L. Daugherty, the Debtor in the above captioned case. Pursuant to Bankruptcy Rule 2002 and 9010, Counsel requests that all notices given, or required to be given, in this case and all papers served, or required to be served, in this case be given to and served upon the undersigned, at the address stated.

PLEASE TAKE NOTICE that Lisa A. Rynard, Esquire, with the Law Offices of Purcell, Krug & Haller, withdraws her appearance for Debtor.

THE UNDERSIGNED REQUESTS entries to the docket which reflect the replacement of Counsel for Debtor.

                                          Respectfully submitted,

                                          LAW OFFICE OF LISA A, RYNARD

                                          */s/ Lisa A. Rynard*
                                          Lisa A. Rynard, Esquire
                                          240 Broad Street
                                          Montoursville, PA 17754
                                          (570) 505-3289
                                          PA #92802


                                          */s/ Lisa A. Rynard*
                                          Lisa A. Rynard, Esquire
                                          1719 North Front Street
                                          Harrisburg PA 17102
                                          PA #92802

Dated: October 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1-19-04047-HWV
JAMIE L. DAUGHERTY, : CHAPTER 13
:
       Debtor :

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this date a true and correct copy of the Entry of Appearance of Counsel was sent by regular first class mail, postage paid (or by other service, as noted), to the following:

Jack N. Zaharopoulos, Chapter 13 Trustee
(service via ECF)

Jamie L. Daughtery
938 Maplewood Lane
Enola, PA 17025

                                     By: /s/ Lisa A. Rynard
                                          Lisa A. Rynard, Esquire

Date: October 12, 2021