UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                             : CHAPTER 13
JAMIE L. DAUGHERTY                 : CASE NO. 1-19-04047-HWV
                                   :
           Debtor                  :

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT:

A **Motion to Modify Confirmed Plan** has been filed by the Debtor.

Any objection to the Motion to Modify Confirmed Plan must be filed on or before **November 14, 2022**. Anyone wishing to object to the Amended Plan must do so in writing, in accordance with the Federal Rules of Bankruptcy Procedure. Objections must be filed with the Clerk, U.S. Bankruptcy Court, 228 Walnut Street, Harrisburg, PA 17101 and a copy served on Debtor's counsel, Lisa A. Rynard, Esquire, at the address below.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. Any objecting party must appear at the hearing. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

A copy of all documents filed in connection with this matter are available for inspection at the Clerk's Office, 228 Walnut Street, Harrisburg, PA.

                                                   Lisa A. Rynard, Esquire
                                                   Law Office of Lisa A. Rynard
                                                   240 Broad Street
                                                   Montoursville, PA 17754
                                                   (570) 505-3289
                                                   larynard@larynardlaw.com
                                                   Counsel for Debtor

Dated: October 24, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JAMIE L. DAUGHERTY : CASE NO. 1-19-04047-HWV
:
**Debtor** :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on this date, I served a copy of the Amended Notice of 2nd Amended Plan on the following parties in this manner:

| Name and Address | Mode of Service |
|---|---|
| All creditors and parties as listed on attached matrix & parties list. | Regular First Class Mail Postage pre-paid |

Date: October 24, 2022

By: /s/ Lisa A. Rynard
Lisa A. Rynard, Esquire
Law Office of Lisa A. Rynard
240 Broad Street
Montoursville, PA 17754

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:19-bk-04047-HWV<br>Middle District of Pennsylvania<br>Harrisburg<br>Sun Oct 23 12:52:24 EDT 2022 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101-1737 | Bank Of America<br>4909 Savarese Circle<br>F11-908-01-50<br>Tampa FL 33634-2413 | Bureau of Account Management<br>3607 Rosemont Avenue, Suite 502<br>PO Box 8875<br>Camp Hill PA 17001-8875 |
| Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Comenity Bank/Lane Bryant<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 |
| Comenity Bank/Torrid<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus OH 43218-2125 | Earl Armstrong<br>2220 Feeser Road North<br>Taneytown MD 21787-2752 | Frederick T. Nevius<br>3520 Maple Street<br>Harrisburg PA 17109-3708 |
| (p)FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| Monroe & Main<br>1112 7th Avenue<br>Monroe WI 53566-1364 | Performance Finance<br>10509 Professional Cir S<br>Reno NV 89521-4883 | Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>Second Round LP<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb Bank/American Eagle<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |
| TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis MN 55440-9475 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Wayfinder BK, LLC as agent for Performance F<br>PO Box 64090<br>Tucson, AZ 85728-4090 | (p)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| Jamie L. Daugherty<br>938 Maplewood Lane<br>Enola, PA 17025-2074 | Lisa A Rynard<br>Law Office of Lisa A. Rynard<br>240 Broad Street<br>Montoursville, PA 17754-2282 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Carmax Auto Finance<br>P.O. Box 440609<br>Kennesaw, GA 30160 | (d)CarMax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw GA 30160 | (d)Carmax Auto Finance<br>P.O. Box 440609<br>Kennesaw, GA 30160 |
| Freedom Plus<br>Attn: Bankruptcy<br>Po Box 2340<br>Phoenix AZ 85002 | M & T Bank<br>Attn: Bankruptcy<br>Po Box 844<br>Buffalo NY 14240 | (d)M&T Bank<br>PO Box 840<br>Buffalo, NY 14240 |
| Jack N Zaharopoulos (Trustee)<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | | |
|---|---|---|---|
| (u)M&T Bank | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | 28<br>2<br>30 |