United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-04047-HWV |
| Jamie L. Daugherty | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 23, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie L. Daugherty, 938 Maplewood Lane, Enola, PA 17025-2074 |
| | + | HR Solutions, Attn: Payroll, 100 Crystal A Drive, Hershey, PA 17033-9524 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Lisa A Rynard | on behalf of Debtor 1 Jamie L. Daugherty larynard@larynardlaw.com |
| Michael Patrick Farrington | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |

on behalf of Creditor Carmax Auto Finance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JAMIE L. DAUGHERTY : CASE NO. 1-19-04047-HWV
:
**Debtor** :

### O R D E R

Upon consideration of Debtor's Motion, it is hereby ORDERED that HR Solutions, 100 Crystal A Drive, Hershey, PA 17033, shall, pursuant to the provisions of 28 U.S.C.A. Section 1471 (e) and U.S.C.A. Section 1325 (c) deduct from each bi-weekly paycheck of Debtor, Jamie L. Daugherty, as follows: $153.27 payable to Jack N. Zaharopoulos, Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008, for application to Case No. 1-19-04047.

IT IS FURTHER ORDERED that the deductions shall commence immediately and be remitted as set forth above, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor. The Trustee shall each month distribute the monies received in accordance with the Court Approved Chapter 13 Plan.

IT IS FURTHER ORDERED that checks issued to the Trustee pursuant to this order shall include the above-captioned docket number on the face of the check.

IT IS FURTHER ORDERED that the said employer notify the Trustee, Jack N. Zaharopoulos and Debtor's Counsel, Lisa A. Rynard, Esquire, if the employment of Debtor be terminated and the reason for such termination.

IT IS FURTHER ORDERED that all earnings and wages of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the law of any State or Political Subdivision, or by an insurance, pensions or union dues agreement between employer and Debtor, and by the Order of this Court, be paid to the aforesaid Debtor in accordance with the employer's usual payroll procedure.

IT IS FURTHER ORDERED that no deduction on account of any garnishment, wage assignment, credit union or other purpose not specifically authorized by this Court be made from the earnings of the said Debtor.

IT IS FURTHER ORDERED that this Order shall terminate without further order on September 30, 2023 if it is not terminated by earlier order or by conversion or dismissal of the case or by written correspondence from the Trustee.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: November 23, 2022