United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Jamie L. Daugherty<br>    Debtor | Case No. 19-04047-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 12, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

**Recip ID**     **Recipient Name and Address**
+     HR Solutions, Attn: Payroll, 100 Crystal A Drive, Hershey PA 17033-9524

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| Lisa A Rynard | on behalf of Debtor 1 Jamie L. Daugherty larynard@larynardlaw.com |
| Michael Patrick Farrington | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William E. Craig on behalf of Creditor Carmax Auto Finance ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JAMIE L. DAUGHERTY : CASE NO 1-19-04047-HWV
:
Debtors :

# O R D E R

Upon consideration of Debtor's Motion to Terminate Wage Attachment, and it appearing that Debtor, Jamie L. Daugherty, wishes to terminate the wage attachment, it is hereby

ORDERED that HR Solutions. shall terminate the wage attachment.

By the Court,

*(signature)*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 12, 2024